# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | | |
|---|---|---|
| JERRICA BRIANNA PERRIGUEY,<br><br>Plaintiff,<br>v.<br><br>SHOW-ME CHRISTIAN YOUTH HOME, *et al.*,<br><br>Defendants. | ) | No. 26-04124-CV-C-BP |
| BRIANNA FULTZ,<br><br>Plaintiff,<br>v.<br><br>SHOW-ME CHRISTIAN YOUTH HOME, *et al.*,<br><br>Defendants. | ) | No. 26-04125-CV-C-BP |
| ASHLEY LEMLER,<br><br>Plaintiff,<br>v.<br><br>SHOW-ME CHRISTIAN YOUTH HOME, *et al.*,<br><br>Defendants. | ) | No. 26-04126-CV-C-BP |

## ORDER DIRECTING PARTIES TO SUBMIT JOINT STATUS REPORT

These cases involve similar claims against the same two Defendants, and Plaintiffs are represented by the same attorney. Therefore, the parties are directed to confer to determine if they agree that the cases should be consolidated pursuant to Rule 42 of the Federal Rules of Civil Procedure (1) at least for purposes of discovery and (2) possibly for trial. On or before July 30,

2026, the parties shall file a Joint Status Report summarizing their positions. The Joint Status Report should be filed in only the lowest-numbered case.

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT

Date: July 15, 2026