**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

IN RE:

JERRICA PERRIGUEY V. SHOW-ME CHRISTIAN YOUTH HOME, INC.
2:26-cv-04124-BP

BRIANNA FULTZ V. SHOW-ME CHRISTIAN YOUTH HOME, INC.
2:26-cv-04124-BP

ASHLEY LEMLER V. SHOW-ME CHRISTIAN YOUTH HOME, INC.
2:26-cv-04125-BP

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT STATUS REPORT

The Court ordered the parties to submit a status report in these cases on or before July 30.

Counsel conferred with one another today, and – after consulting the Law Clerk – the plaintiff now makes this unopposed motion to continue that submission deadline until on or before September 25, 2026.

As directed by the Court, this motion has been filed only in Case No. **2:26-cv-04124-BP.**

Respectfully submitted,

Jarrett Johnson, Missouri Bar No. 42481
McGONAGLE JOHNSON
301 NE Mulberry St. – Suite 240
Lee's Summit, Missouri 64086
(816) 221-2222
jj@mcgonaglejohnson.com

Counsel for Plaintiffs